Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001171
09-JAN-2015
07:56 AM

NO. CAAP-14-0001171

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
DON LAM, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DTI-14-081598)

ORDER APPROVING THE DECEMBER 17, 2014
STIPULATION FOR DISMISSAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the "Stipulation for Dismissal,"
filed by Defendant-Appellant Don Lam (**Appellant**), on December 17,
2014, the papers in support, and the record, and noting no
opposition, it appears that (1) Appellant and Plaintiff-Appellee
State of Hawai'i stipulate to dismiss Appeal No. CAAP-14-0001171;
(2) the parties' attorneys have signed the stipulation; (3) the
stipulation provides that "there are no fees and costs
outstanding"; (4) no payment is due; and (5) Hawai'i Rules of
Appellate Procedure Rule 42(b) provides, "[i]f the parties to a

docketed appeal . . . sign and file a stipulation for dismissal, specifying the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval by the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that Appeal No. CAAP-14-0001171 is dismissed.

DATED: Honolulu, Hawai'i, January 9, 2015.

Presiding Judge

Associate Judge

Associate Judge

-2-